# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ANDRE LYNEAL WALLACE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:14-cv-01039-SLB-HGD |
| ) | |
| WARDEN RATHAM, et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on June 5, 2015, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. The plaintiff filed objections on June 25, 2015.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

**DATED** this 24th day of August, 2015.

_____
SHARON LOVELACE BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE